Jake Freeman
186 Summit Ave
Summit, NJ 07901
(541) 249-5710
jakefreemanecf@gmail.com

***VIA ADS***
Hon. Robert Kirsch
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

November 25, 2026

**RE: Response to ECF No. 39**
***Freeman v. Municipality of Princeton* (Case No. 3:26-cv-02140-RK-RLS)**

Dear Judge Kirsch,

A little over an hour prior to this Court's order granting Defendant Municipality of Princeton's request for extension, ECF Nos. 39, Freeman had submitted his response to ECF No. 38 to the Alternative Docketing System. When the Court entered its order, the Clerk of Court had not docketed the response. Freeman accepts the December 14 filing deadline for Princeton and respectfully asks the Court to consider his proposal for a January 4, 2027, return date.

* * *

Thank you for your consideration,

Sincerely,

Jake Freeman

cc: David Schwartz (via email)